# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-01053-AS | Date | June 2, 2025 |
|---|---|---|---|
| Title | Elliot McGucken v. Substanbo Inc., et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 6, 2025, Plaintiff Elliot McGucken ("Plaintiff") filed a complaint against Substanbo Inc. and DOES 1–10. (Dkt. No. 1). On February 7, 2025, the Clerk issued a summons as to Defendant Substanbo Inc. ("Substanbo"). (Dkt. No. 7). Plaintiff filed a proof of service reflecting that he served Substanbo on March 14, 2025. (Dkt. No. 8). Substanbo's answer was therefore due on April 4, 2025. See Fed. R. Civ. P. 12(a)(1)(A). To date, Substanbo has not answered the complaint. Plaintiff has declined to further prosecute his action, however, including by filing a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) or notice of voluntary dismissal. It is Plaintiff's responsibility to prosecute this action diligently by filing stipulations extending time to respond and seeking Rule 55 remedies promptly upon default of any defendant.

Plaintiff is therefore ORDERED TO SHOW CAUSE within 30 days of the date of this Order, why this case should not be dismissed without prejudice for lack of prosecution. See Fed. R. Civ. P. 41; Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986) (holding district courts have "inherent power sua sponte to dismiss a case for lack of prosecution.") (citations omitted). Plaintiff may discharge this Order by seeking entry of default or filing a notice of voluntary dismissal. Failure to timely respond to this Order may result in involuntary dismissal of this action for failure to prosecute and/or for failure to obey a court order. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**