JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>               Plaintiff,<br><br>     v.<br><br>SUBSTANBO INC.,<br><br>               Defendant. | CASE NO. CV 25-1053-AS<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Elliot McGucken and against Defendant Substanbo Inc. in the amount of $30,000.00 in statutory damages, $538.23 in costs, and $2,400.00 in attorneys' fees.

DATED: April 30, 2026

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE